# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137115 & (69)

DOUGLAS MOORE,
        Plaintiff-Appellee,

v

DETROIT ENTERTAINMENT, L.L.C.,
d/b/a MotorCity Casino and JOSE OSCAR
MARTINEZ,
        Defendants-Appellants.
_____

SC:    137115
CoA:  274157
Wayne CC: 04-424554-NO

        On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



    I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2008

                        Clerk